UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Trancit Rodriguez, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:19−cv−00209 |
| ) | |
| Phillips 66 Company ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURES**

I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:
   - Trancit Rodriguez
   - Spielberger Law Group

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   - N/A

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   - N/A

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   - Trancit Rodriguez

   I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

1

Dated: June 28, 2019                             Respectfully Submitted,

*/s/ Gabrielle Klepper*
Gabrielle Klepper
TX Bar No. 24090213
Spielberger Law Group
4890 W. Kennedy Blvd., Ste. 950
Tampa, FL 33609
Tel. (800) 965-1570 ext. 126
Fax (866) 580-7499
gabrielle.klepper@spielbergerlawgroup.com

*Attorney for Plaintiff*